UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CAYSON LAMONT CADDELL,<br><br>    Petitioner,<br><br>  v.<br><br>FRED FOULK, Warden,<br><br>    Respondent. | Case No. EDCV 13-2116-BRO (AJW)<br><br><br><br>JUDGMENT |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: June 6, 2014

_____
Beverly Reid O'Connell
United States District Judge